1  Jason A. Geller (SBN 168149)
       E-Mail:  jgeller@fisherphillips.com
2  Juan C. Araneda (SBN 213041)
       E-Mail:  jaraneda@fisherphillips.com
3  FISHER & PHILLIPS LLP
   1 Montgomery Street, Suite 3400
4  San Francisco, California 94104
   Telephone: (415) 490-9000
5  Facsimile:  (415) 490-9001

6  Attorneys for Defendant
   WAL-MART ASSOCIATES, INC.
7

8  Arkady Itkin. (CA SBN 122324)
   arkady@arkadylaw.com
9  LAW OFFICE OF A. ITKIN
   57 Post Steet, Suite 812
10 San Francisco, California 94104
   Telephone:  (415) 640-6765
11 Facsimile:   (415) 508-3474

12 Attorneys for Plaintiff
   YVONNE RENEE NORIEGA
13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17 | YVONEE RENEE NORIEGA,                     | Case No:   3:21-cv-04867-RS
18 |                    Plaintiff,             | [*Removed from Alameda County Superior Court, Case No. RG21099613*]
19 |         v.                                |
20 | Wal-Mart Associates, Inc., a Delaware     | **STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); ORDER**
21 | corporation; and DOES 1 through 10,       |
22 |                    Defendants .           | Complaint Filed:   May 20, 2021
23 |                                           | Trial Date:        April 10, 2023

24

25

26

27

28

CASE NO. 3:21-CV-04867-RS

STIPULATION OF DISMISSAL WITH PREJUDICE – FRCP 41(a)(1)(A)(ii); ORDER           1

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff YVONNE RENEE NORIEGA and Defendant WAL-MART ASSOCIATES, INC., by and through their respective attorneys of record, that the above-captioned action be and hereby is DISMISSED WITH PREJUDICE in its entirety and with respect to all parties pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The parties further stipulate that each party shall bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED:  November 4, 2022              FISHER & PHILLIPS LLP


                                       By:   */s/Juan C. Araneda*
                                             Jason A. Geller
                                             Juan C. Araneda
                                             Attorneys for Defendant
                                             WAL-MART ASSOCIATES, INC.


DATED:  November 4, 2022              LAW OFFICE OF A. ITKIN


                                       By:   */s/Arkady Itkin*
                                             Arkady Itkin, Esq.
                                             Attorneys for Plaintiff
                                             YVONNE RENEE NORIEGA


### ECF ATTESTATION

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from each of the other signatories thereto.


DATE:  November 4, 2022                    */s/Juan C. Araneda*
                                           Juan C. Araneda

|     |     |
| --- | --- |
| 1   | **ORDER** |
| 2   | The parties having so stipulated and agreed, it is hereby SO ORDERED.  The above- |
| 3   | referenced case is hereby DISMISSED with prejudice.  The Clerk shall close this file. |

Dated: November 7, 2022

_____
HONORABLE RICHARD SEEBORG
Chief United States District Judge